MINUTE ENTRY
DOUGLAS, M.J.
DECEMBER 15, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMILY BANKSTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-549** |
| **ST. JOSEPH OF HARAHAN, LLC.** | **SECTION "H" (3)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**Court Reporter**: **Karen Ibos**

MJSTAR: 1:15